Opinion issued July 17, 2008










In The

Court of Appeals

For The

First District of Texas






NO. 01-08-00133-CV






HENRY J. QUANAIM, Appellant


V.


ALLSTATE INSURANCE CO., AMERICREDIT FINANCE CO., MARTHA
GUERRA, AND DEBRA L. ODULAJA, Appellees






On Appeal from the 189th District Court

Harris County, Texas

Trial Court Cause No. 2007-74629






MEMORANDUM OPINION Appellant Henry J. Quanaim has failed to timely file a brief. See Tex. R. App.
P. 38.8(a) (failure of appellant to file brief). After being notified that this appeal was
subject to dismissal, appellant did not adequately respond. See Tex. R. App. P.
42.3(b) (allowing involuntary dismissal of case).

 The appeal is dismissed for want of prosecution for failure to timely file a brief. 
All pending motions are denied.

PER CURIAM

Panel consists of Justices Taft, Jennings, and Bland.